# EXHIBIT A

Steven D. Copple, #002351
steve@copplelawfirm.com
S. Christopher Copple, #018292
chris@copplelawfirm.com
**COPPLE & COPPLE, P.C.**
300 North Main Avenue, Ste. #104
Tucson, Arizona 85701
(520) 884-7600

Attorneys for Plaintiff



SUPERIOR COURT OF ARIZONA

COUNTY OF PIMA

| | |
|---|---|
| CHRISTINE BYARS and BURTON BYARS, Wife and Husband, | Cause No. C20107153 |
| Plaintiffs, | COMPLAINT |
| vs. | (Tort Non-Motor Vehicle Products Liability) |
| ZIMMER, INC, a Corporation,, | Jury Trial Requested |
| Defendant. | Assigned: |
| | Christopher P. Staring |

I.

On December 16, 2008, Plaintiff Christine Byars underwent a right knee patellofemoral joint arthroplasty. A Zimmer "NexGen Trebecular Metal Primary Patella" implant, catalog number 00-5878-065-32, lot/serial number 61058831, and a femoral component, were implanted.

II.

The "NexGen Trebecular Metal Primary Patella" implant, and its component parts that are the subject of this litigation were designed, manufactured, sold and distributed by Defendant Zimmer or its agents/parent/sister/subsidiaries/affiliate corporations.

///

///

///

III.

Plaintiffs are residents and citizens of Pima County, Arizona. Defendant Zimmer, Inc ("Zimmer") is a corporation with its primary place of business and citizenship in a state other than Arizona. The events giving rise to this action occurred in Arizona.

IV.

In February 2010, the anchoring stem of the Zimmer patellar component fractured at the surface of the patella necessitating surgical removal and subsequent total knee reconstruction surgery.

V.

The patellar component failure and Plaintiffs' resulting surgeries, medical care and treatment injuries and other damages were proximately caused by negligent and unreasonably dangerous defects in the design and manufacture of the "NexGen Trebecular Metal Primary Patella" implant and its relevant component parts.

VI.

Christine Byars has sustained and will continue to sustain severe, painful, permanent and physical, injuries, emotional distress and other damages in excess of $100,000.

VII.

Plaintiffs have incurred, and will in the future incur, health care expenses and other economic damages.

VIII.

Plaintiff Burton Byars has sustained impairment of his relationship with his wife.

///
///
///
///

WHEREFORE Plaintiffs pray for a jury trial and a verdict and judgment against Defendant for special damages as proved at trial, general damages in amounts that are fair and reasonable, taxable costs, interest at the maximum rate allowed by law, and such other relief as the Court deems proper.

COPPLE & COPPLE, PC

By: *[signature]*
Steven D. Copple
S. Christopher Copple
Attorneys for Plaintiffs

Steven D. Copple, #002351
steve@copplelawfirm.com
S. Christopher Copple, #018292
chris@copplelawfirm.com
**COPPLE & COPPLE, P.C.**
300 North Main Avenue, Ste. #104
Tucson, Arizona 85701
(520) 884-7600

Attorneys for Plaintiff



COPY
SEP - 7 2010
PATRICIA A. NOLAND
CLERK, SUPERIOR COURT

## SUPERIOR COURT OF ARIZONA
## COUNTY OF PIMA

| | |
|---|---|
| CHRISTINE BYARS and BURTON BYARS, Wife and Husband,<br><br>    Plaintiffs,<br><br>vs.<br><br>ZIMMER, INC, a Corporation,,<br><br>    Defendant. | Cause No. C20107153<br><br>CERTIFICATE OF COMPULSORY ARBITRATION<br><br>Assigned:<br><br>Christopher P. Staring |

The undersigned certifies that the largest amount sought by the plaintiffs, including punitive damages, but excluding interest, attorneys' fees and costs, exceeds limits set by Local Rule for compulsory arbitration. This case is not subject to the Uniform Rules of Procedure for Arbitration.

DATED this 7TH day of September, 2010.

COPPLE & COPPLE, PC

By: _____
Steven D. Copple
S. Christopher Copple
Attorneys for Plaintiffs